UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL SUAREZ § | |
| § | CIVIL ACTION NO. 1:24-cv-00105 |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| FRIMA REALTY, L.L.C. § | |
| § | |
| Defendant § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, MIGUEL SUAREZ Plaintiff and FRIMA REALTY, L.L.C., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant FRIMA REALTY, L.L.C. in their entirety and with prejudice.

### STIPULATION

It is hereby stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendant FRIMA REALTY, L.L.C. and Defendant to bear their own attorney's fees and costs.

DATED:   August 20, 2024      FOR MIGUEL SUAREZ    Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office

(866) 599-2596 - Fax  
Texas State Bar ID No. 19823800  
Federal Bar ID 13098

DATED: August 20, 2024  FOR FRIMA REALTY, L.L.C., Defendant

Mr. Trey Mendez  
MENDEZ LAW FIRM  
647 East St. Charles Street  
Brownsville, Texas 78520

*__/s/ Trey Mendez___*  
DEFENDANT'S COUNSEL