United States District Court
Southern District of Texas
**ENTERED**
August 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL SUAREZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-105 |
| | § | |
| FRIMA REALTY, L.L.C., | § | |
| Defendant. | § | |

**ORDER ON STIPULATION OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii)**

On July 9, 2024, Plaintiff Miguel Suarez filed his original complaint against Defendant Frima Realty, LLC.  Dkt. No. 1.

On July 11, 2024, the District Clerk issued a summons. Dkt. No. 7.  The executed return of service was received by the court on August 7, 2024.  Dkt. No. 10.

No answer to the complaint was received, and Defendant Frima Realty, LLC, has not otherwise appeared before the court.

On August 22, 2024, the Court received a stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [1]  Dkt. No. 11.  This Rule permits a plaintiff to dismiss an action against any defendant without a court order.  *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are dismissed with prejudice.  The District Clerk is directed to close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on August 27, 2024.

_Karen Betancourt_
Karen Betancourt
United States Magistrate Judge

---

[1] The stipulation of dismissal includes the signature of Trey Mendez as Defendant's Counsel. Dkt. No. 11, p. 2. However, no notice of appearance was filed by Mr. Mendez.